| | |
|---|---|
| **SHAPIRO & SUTHERLAND, LLC** | Honorable Judge Christopher M. Alston |
| 1499 SE Tech Center Place, Suite 255 | Chapter: 7 |
| Vancouver, WA 98683 | Hearing Date: February 20, 2019 |
| Telephone: (360)260-2253 | Hearing Time: 01:00 PM |
| S&S No. 18-124290 | Response Date: February 13, 2019 |

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>Gaylen Operia Tibbitt<br><br>Debtor. | **Case No. 18-14257-CMA**<br><br>**FIRST AMENDED NOTICE OF MOTION FOR RELIEF FROM STAY BY THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-7, SERVICED BY CARRINGTON MORTGAGE SERVICES, LLC** |

PLEASE TAKE NOTICE THAT The Bank of New York Mellon, f/k/a The Bank of New York as Trustee for registered holders of CWABS, Inc., asset-backed certificates, series 2005-7, serviced by Carrington Mortgage Services, LLC will bring before the above Court, located at **Kitsap County Courthouse, 614 Division St., Courtroom 104, Port Orchard, WA 98366**, a motion for relief from the automatic stay pursuant to 11 U.S.C.§362 regarding the subject property commonly known as 13497 Tenino Dr. W, Bremerton, WA 98312 and legally described as listed in the deed of trust attached as an exhibit to the declaration filed with the court.

THE HEARING IS SET AS FOLLOWS:

Judge: Honorable Christopher M. Alston
Place: Kitsap County Courthouse, Courtroom 104
Date: February 20, 2019
Time: 01:00 PM

IF YOU OPPOSE the Motion, you must file your written response with the Court Clerk, serve two copies on the Judge's chambers, and deliver copies to the undersigned NOT LATER THAN the RESPONSE DATE, which is February 13, 2019.

1 – FIRST AMENDED NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

*SHAPIRO & SUTHERLAND, LLC*
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683
Telephone (360)260-2253 (800)970-5647

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING, WITHOUT FURTHER NOTICE, and strike the hearing.

Questions or Concerns about this motion should first be directed to your attorney as the moving party's attorney's ability to assist you may be limited by the rules of professional conduct.

DATED this 14th day of January, 2019.

**SHAPIRO & SUTHERLAND, LLC**

By: /s/ Kelly Sutherland
Kelly D. Sutherland, WSBA# 21889
Attorneys for Creditor

2 – FIRST AMENDED NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

*SHAPIRO & SUTHERLAND, LLC*
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683
Telephone (360)260-2253 (800)970-5647

Case 18-14257-CMA    Doc 24    Filed 01/14/19    Ent. 01/14/19 16:05:52    Pg. 2 of 4

SHAPIRO & SUTHERLAND, LLC  
1499 SE Tech Center Place, Suite 255  
Vancouver, WA 98683  
Telephone: (360)260-2253  
S&S No. 18-124290

Honorable Judge Christopher M Alston  
Chapter: 7

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

In Re:

Gaylen Operia Tibbitt

Debtor.

**Case No. 18-14257-CMA**

**DECLARATION OF MAILING**

I, Laurisa Lyubar, being duly sworn depose and say the following:

1. On January 14, 2019, I deposited in the United States Mail, postage prepaid, copies of a First Amended Notice of Hearing of Motion for Relief from Stay pursuant to Local Bankruptcy Rule 9013.

2. The parties given notice of the Motion by Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4, as serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper, were served by depositing a copy of the same in the United States mail postage prepaid addressed as follows:

Gaylen Operia Tibbitt  
13497 Tenino Drive W  
Bremerton, WA 98312

1 – DECLARATION OF MAILING

*SHAPIRO & SUTHERLAND, LLC*  
1499 SE Tech Center Place, Suite 255  
Vancouver, WA 98683  
Telephone: (360) 260-2253

**Via ECF Notice:**

John S Peterson
PO Box 829
Kingston, WA 98346

United States Trustee
700 Stewart St Ste 5103
Seattle, WA 98101

    Dated this 14th day of January, 2019.


/s/ Laurisa Lyubar
_____
Laurisa Lyubar
Legal Assistant

2 – DECLARATION OF MAILING

*SHAPIRO & SUTHERLAND, LLC*
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683
Telephone: (360) 260-2253