```
                              United States Bankruptcy Court
                              Western District of Washington
In re:                                                                           Case No. 18-14257-CMA
Gaylen Operia Tibbitt                                                            Chapter 7
       Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0981-2          User: admin                  Page 1 of 2                    Date Rcvd: Feb 26, 2019
                              Form ID: 318                 Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2019.
956513409     +Alliance One,   Alliance One Receivables Management, Inc,   6565 Kimball Drive Suite 200,
               Gig Harbor, WA. 98335-1206
956513387     +Amazon,   Global Credit & Collection Corp,   5440 N Cumberland Ave Suite 300,
               Chicago, IL. 60656-1486
956513410     +Bank Of America,   9700 Bissonnet Street,   Suite 1500,   Houston, TX. 77036-8013
956513388     +Bank of America, N.A.,   Nelson & Kennard,   2180 Harvard St. Ste. 160,   PO Box 13807,
               Sacramento, Ca. 95853-3807
956513413     +Best Buy,   7601 Penn Avenue South.,   Richfield MN 55423-3683
956513402    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Home Depot,   Home Depot Credit Services,   Processing Center,
               Des Moines, IA. 50364-0500)
956513389     +Capitol One,   Portfolio Recovery Associates, LLC,   PO Box 12914,   Norfolk, VA. 23541-0914
956513392      Capitol One Bank (USA), N.A.,   Northland Group, Inc.,   PO Box 390846,
               Edina, IVIN. 55439-0846
956513391     +Capitol One Services Inc.,   Capital Management Services, Inc.,   726 Exchange St. - Suite 700,
               Buffalo, NY. 14210-1464
956513393     +Carrington Mortgage Services,   650 N.E. Holladay Street Suite 1600, Off,
               Portland, OR 97232-2045
956513412     +Carrington Mortgage Services, LLC.,   PO Box 5001,   Westfield, IN. 46074-5001
956513398     +Discover Bank,   KLW Law Offices of Krista L. White & Ass,   1417 4th Ave. Suite 300,
               Seattle, WA. 98101-2242
956513400      Fingerhut,   Nationwide Debt Management Solutions,   3609 Bradshaw Rd. Suite H-229,
               Sacramento, CA. 95827-3275
956513401     +GE Capital Retail Bank (7501-9),   Patenaude & Felix, A.P.C. (Attorneys),
               4545 Murphy Canyon Rd. 3rd floor,   San Diego, CA. 92123-4363
956513403      HSN,   Asset Recovery Solutions, LLC,   2200. E. Devon Ave. Ste. 200,
               Des Plaines, IL. 60018-4501
956513404      National Enterprise Systems/Synchrony Bank,   29125 Solon Road,   Solon, OH. 44139-3442
956513405     +North Star Capital Acquisition, LLC or Capitol One,   Northland Group, Inc.,   PO Box 390846,
               Minneapolis, MN. 55439-0846
956513406      Premier Bankcard, LLC,   Rushmore Service Center,   PO Box 5508,   Sioux Falls, SD. 57117-5508
956513408     +Premiere Credit,   Premiere Credit of North America. LLC.,   PO Box 199014,
               Indianapolis, IN. 46219-9014
956513407     +QVC,   Global Credit & Collection Corp,   5440 N Cumberland Ave. Ste. 300,
               Chicago, IL 60656-1486

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db            +E-mail/PDF: golfegg@hotmail.com Feb 27 2019 01:36:50      Gaylen Operia Tibbitt,
               13497 Tenino Dr W,   Bremerton, WA 98312-2013
tr            +EDI: QJSPETERSON.COM Feb 27 2019 06:33:00      John S Peterson,   PO Box 829,
               Kingston, WA 98346-0829
smg            EDI: WADEPREV.COM Feb 27 2019 06:33:00      State of Washington,   Department of Revenue,
               2101 4th Ave, Ste 1400,   Seattle, WA  98121-2300
956513414     +EDI: CHASE.COM Feb 27 2019 06:33:00      CHASE CARD,   270 Park Avenue,
               New York City, NY. 10017-2070
956513390      EDI: CAPITALONE.COM Feb 27 2019 06:33:00      Capitol One Bank,   PO Box 60599,
               City of Industry, Ca. 91716-0599
956513399      EDI: RMSC.COM Feb 27 2019 06:33:00      Discount Tire,   Synchrony Bank,   PO Box 965033,
               Orlando, FL. 32896-5033
956513411      E-mail/Text: bankruptcy.bnc@ditech.com Feb 27 2019 01:37:10      Ditech Financial LLC,
               PO Box 6172,   Rapid City, SD. 57709-6172
956513397     +EDI: MID8.COM Feb 27 2019 06:33:00      Midland Credit Management, Inc. or Midland Funding,
               8875 Aero Dr. Suite 200,   San Diego, Ca. 92123-2255
956513395      EDI: PRA.COM Feb 27 2019 06:33:00      Portfolio Recovery Associates, LLC,   PO Box 12914,
               Norfolk, Va. 23541-1223
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
956513394      Chevron And Texaco,    Sold by Synchrony Bank to:
956513396      Credit One
956513415      SYNCHRONY BANK/CARE CREDIT
                                                                                  TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2019 at the address(es) listed below:

    John S Peterson     kingstontrustee@hotmail.com,   jpeterson@ecf.epiqsystems.com
    Kelly D. Sutherland     on behalf of Creditor    The Bank of New York/Carrington Mortgage    ksutherland@logs.com
    Sarah R Flynn     on behalf of US Trustee    United States Trustee sarah.flynn@usdoj.gov, Young-Mi.Petteys@usdoj.gov;Tara.Maurer@usdoj.gov;Martha.A.VanDraanen@usdoj.gov
    United States Trustee     USTPRegion18.SE.ECF@usdoj.gov

                                                                                                                                                                                  TOTAL: 4

| | | |
|---|---|---|
| Debtor 1 | Gaylen Operia Tibbitt | Social Security number or ITIN xxx–xx–0211 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ <br> EIN __–_____ |

United States Bankruptcy Court  Western District of Washington

Case number:  18–14257–CMA

# Order of Discharge                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Gaylen Operia Tibbitt

2/26/19                                                          **By the court:** Christopher M Alston
                                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**