Entered on Docket March 25, 2019

**Below is the Order of the Court.**

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| In Re: | **Case No. 18-14257-CMA** |
|---|---|
| Gaylen Operia Tibbitt | **ORDER GRANTING RELIEF FROM STAY TO THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-7, SERVICED BY CARRINGTON MORTGAGE SERVICES, LLC** |
| Debtor. | |

This matter came before the Court upon The Bank of New York Mellon, F/K/A The Bank of New York as Trustee for Registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-7, serviced by Carrington Mortgage Services, LLC, its successors and/or assigns', ("Creditor") Motion for Relief from Stay.  It appears for the reasons stated in the motion and based upon the reasons stated on the record during the March 20, 2019 hearing that the stay and should be lifted as to enforcement of the Note that is the subject of Creditor's motion and further as to the real property located at 13497 Tenino Drive W, Bremerton, WA 98312 and legally described as set forth in the Deed of Trust attached to the declaration on file with the Court.

///

1 – ORDER GRANTING RELIEF FROM STAY

SHAPIRO & SUTHERLAND, LLC
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683
Telephone:  (360) 260-2253

**Below is the Order of the Court.**

NOW, THEREFORE, IT IS HEREBY:

ORDERED that pursuant to 11 U.S.C. § 362(c)(4)(A)(i), the Court finds that the stay was not in effect upon the filing of this bankruptcy case. Alternatively, it is

ORDERED that pursuant to 11 U.S.C. § 362(d), to the extent that the stay was in effect, then the automatic stay is terminated as to The Bank of New York Mellon, F/K/A The Bank of New York as Trustee for Registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-7, serviced by Carrington Mortgage Services, LLC, its successors and/or assigns, so that it may pursue its state law remedies with respect to enforcement of the Note and Deed of Trust. Creditor, its successors and/or assigns, may, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law and Creditor may contact Debtor via telephone or written correspondence to offer such an agreement.

IT IS FURTHER ORDERED that the order shall be effective as to any chapter under which the present case may be converted absent further order of this Court.

/ / / End of Order / / /

Presented By:

By: /s/ Kelly Sutherland
Kelly D. Sutherland, WSBA# 21889
Attorney for Creditor

2 – ORDER GRANTING RELIEF FROM STAY

SHAPIRO & SUTHERLAND, LLC
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683
Telephone: (360) 260-2253

Case 18-14257-CMA    Doc 29    Filed 03/25/19    Ent. 03/25/19 11:54:00    Pg. 2 of 2