```
                            United States Bankruptcy Court
                            Western District of Washington
In re:                                                              Case No. 18-14257-CMA
Gaylen Operia Tibbitt                                               Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0981-2          User: admin              Page 1 of 1           Date Rcvd: Mar 25, 2019
                              Form ID: pdfltd          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db              +E-mail/PDF: golfegg@hotmail.com Mar 26 2019 01:32:02      Gaylen Operia Tibbitt,
                 13497 Tenino Dr W,    Bremerton, WA 98312-2013
                                                                                              TOTAL: 1

                     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2019 at the address(es) listed below:
              John S Peterson    kingstontrustee@hotmail.com,  jpeterson@ecf.axosfs.com
              Kelly D. Sutherland    on behalf of Creditor    The Bank of New York/Carrington Mortgage
               ksutherland@logs.com
              Sarah R Flynn    on behalf of US Trustee    United States Trustee sarah.flynn@usdoj.gov,
               Young-Mi.Petteys@usdoj.gov;Tara.Maurer@usdoj.gov;Martha.A.VanDraanen@usdoj.gov
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                              TOTAL: 4

Entered on Docket March 25, 2019

Below is the Order of the Court.

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In Re:<br><br>Gaylen Operia Tibbitt<br><br>Debtor. | **Case No. 18-14257-CMA**<br><br>**ORDER GRANTING RELIEF FROM STAY TO THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-7, SERVICED BY CARRINGTON MORTGAGE SERVICES, LLC** |

This matter came before the Court upon The Bank of New York Mellon, F/K/A The Bank of New York as Trustee for Registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-7, serviced by Carrington Mortgage Services, LLC, its successors and/or assigns', ("Creditor") Motion for Relief from Stay. It appears for the reasons stated in the motion and based upon the reasons stated on the record during the March 20, 2019 hearing that the stay and should be lifted as to enforcement of the Note that is the subject of Creditor's motion and further as to the real property located at 13497 Tenino Drive W, Bremerton, WA 98312 and legally described as set forth in the Deed of Trust attached to the declaration on file with the Court.

///

1 – ORDER GRANTING RELIEF FROM STAY

SHAPIRO & SUTHERLAND, LLC
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683
Telephone: (360) 260-2253

NOW, THEREFORE, IT IS HEREBY:

ORDERED that pursuant to 11 U.S.C. § 362(c)(4)(A)(i), the Court finds that the stay was not in effect upon the filing of this bankruptcy case. Alternatively, it is

ORDERED that pursuant to 11 U.S.C. § 362(d), to the extent that the stay was in effect, then the automatic stay is terminated as to The Bank of New York Mellon, F/K/A The Bank of New York as Trustee for Registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-7, serviced by Carrington Mortgage Services, LLC, its successors and/or assigns, so that it may pursue its state law remedies with respect to enforcement of the Note and Deed of Trust. Creditor, its successors and/or assigns, may, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law and Creditor may contact Debtor via telephone or written correspondence to offer such an agreement.

IT IS FURTHER ORDERED that the order shall be effective as to any chapter under which the present case may be converted absent further order of this Court.

/ / / End of Order / / /

Presented By:

By: /s/ Kelly Sutherland
Kelly D. Sutherland, WSBA# 21889
Attorney for Creditor

2 – ORDER GRANTING RELIEF FROM STAY

SHAPIRO & SUTHERLAND, LLC
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683
Telephone: (360) 260-2253